UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| AGATHA LYNN MCGUIRE, | ) | |
| Plaintiff, | ) ) ) | No. 7:18-CV-84-REW |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | JUDGMENT |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), the Court:

(1) **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant Commissioner of Social Security;

(2) **DISMISSES WITH PREJUDICE** Plaintiff's complaint (DE #1); and,

(3) **STRIKES** the matter from the Court's active docket.

This the 26th day of July, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge